**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| BINSENTRY INC., <br><br> Plaintiff, <br><br> vs. <br><br> BARNTOOLS, LLC, <br><br> Defendant. | Civil Action No. 4:25-cv-00273 |

**COMPLAINT FOR PATENT INFRINGEMENT**

**JURY TRIAL DEMANDED**

111999525.6

## NATURE OF THE ACTION

1.      This is a civil action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code §§ 271 and 281, *et seq.*

2.      Plaintiff BinSentry Inc. ("BinSentry") seeks damages and injunctive relief against Defendant BarnTools, LLC ("BarnTools" or "Defendant") for the unauthorized manufacture, use, sale, offer for sale, importation, distribution, exportation, and/or supply of components of bin level monitoring systems, including BarnTools' BinTalk Sensors and related BarnTalk Gateway/platform functionality, that infringe U.S. Patent No. 12,359,958 (the "'958 Patent").

## THE PARTIES

3.      Plaintiff BinSentry is a corporation organized and existing under the laws of Ontario, Canada, with its principal place of business at 23 Webster St. A, New Hamberg, Ontario, Canada N3A 1W8. BinSentry develops and commercializes innovative bin level monitoring technology for the agricultural and feed storage industries and is the owner of all right, title, and interest in and to the '958 Patent.

4.      Defendant BarnTools is a limited liability company organized and existing under the laws of Iowa, with its principal place of business at 11236 Aurora Ave., Urbandale, IA 50322.

5.      Defendant develops, manufactures, markets, sells, offers for sale, imports, exports, and/or supplies or causes to be supplied components of, agricultural monitoring products, including the accused BinTalk Sensors and associated BarnTalk components, including the Gateway product, throughout the United States, including within this judicial district.

111999525.6

## **JURISDICTION AND VENUE**

6.      This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

7.      This Court has personal jurisdiction over Defendant because Defendant resides in this judicial district.

8.      This Court also has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, infringing acts in the State of Iowa and this judicial district, including by making, using, selling, offering for sale, and/or importing infringing products into the United States, and/or by exporting components of infringing products abroad, and by actively marketing, promoting, and distributing its products to customers located within this district.

9.      Defendant has purposefully availed itself of the privilege of conducting business within the State of Iowa. In addition, this Court has personal jurisdiction over Defendant because Defendant places the Accused Systems into the stream of commerce with the expectation that they will be purchased and/or used by third-party re-sellers and/or by end-consumers in this judicial district.

10.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) because Defendant has a regular and established place of business in this judicial district, and Defendant has committed, and continues to commit, infringing acts in this judicial district by making, using, selling, offering for sale, and/or importing products that infringe the Asserted Patent, and/or by supplying or causing to be supplied components of the patented invention abroad.

111999525.6

## THE ASSERTED PATENT

11.     On July 15, 2025, the United States Patent and Trademark Office duly and legally issued United States Patent No. 12,359,958 (the "'958 Patent"), entitled "Bin Level Monitoring System," and naming Randall Schwartzentruber as inventor. A true and correct copy of the '958 Patent is attached as **Exhibit 1**.

12.     BinSentry is the owner by assignment of all right, title, and interest in and to the '958 Patent, including the right to sue for past, present, and future infringement.

13.     The '958 Patent is valid, enforceable, and in full force and effect.

14.     The claims of the '958 Patent are directed to a bin level monitoring system comprising novel combinations of hardware and structural elements, including a volumetric sensor, circuit board, radio transmitter, sensor-mounting bracket, and enclosure, configured for use with agricultural feed bins having sloped roofs. An example embodiment of the inventive bin level monitoring systems is illustrated by Figures 1 and 2 of the '958 Patent, reproduced below.



Figures 1-2 of U.S. Patent No. 12, 359,958. *See* **Exhibit 1**.

4

15.     The '958 Patent claims technical systems that improve bin feed monitoring and are directed to patent eligible subject matter under 35 U.S.C. § 101. Moreover, the claimed technical systems are not directed to abstract ideas, laws of nature, or natural phenomena.

16.     Instead, the technical systems are directed to bin feed monitoring systems that include specific hardware and software applications.

## DEFENDANT'S INFRINGING PRODUCTS AND CONDUCT

17.     Defendant has and is making, using, selling, offering to selling, distributing, and importing, in and into the United States, exporting from the United States, and/or supplying or causing to be supplied from the United States components of wireless agricultural feed-bin monitoring systems that infringe one or more claims of the '958 Patent.

18.     BinSentry and BarnTools are direct competitors in the market for agricultural feed-bin level monitoring systems. BarnTools' sales of the Accused Systems therefore directly compete with BinSentry's patented and commercialized bin-level monitoring technology.

19.     Defendant's Accused Systems include a line of wireless agricultural feed-bin level monitoring products under the BarnTalk brand, including at least three BinTalk sensor configurations: (1) the BarnTools BinTalk ("BinTalk"), (2) the BarnTools BinTalk Pro – Plastic Hanger version ("BinTalk Pro – Plastic Hanger"), and (3) the BarnTools BinTalk Pro – Alloy Hanger version ("BinTalk Pro – Alloy Hanger") (collectively, the "BinTalk Sensors").

20.     The BinTalk Sensors are used with BarnTools' BarnTalk Gateway product, which is configured to communicate with and receive data from the BinTalk Sensors. **Exhibit 2** is a true and correct copy of pages from BarnTools' website, https://barntools.com/products/barntalk-gateway-4g-north-america, showing the BarnTalk Gateway product, an image of which is provided below.

111999525.6



Screenshot from Defendant's website showing the Gateway Product. *See* **Exhibit 2**.

21.    Together, the BinTalk Sensors and Gateway will be referred to as the "Accused Systems."

22.    Each BinTalk Sensor includes a bin-level monitoring system that meets each limitation of at least one claim of the '958 Patent, either literally or under the doctrine of equivalents.

23.    Each BinTalk Sensor includes a volumetric sensor configured to sense feed level inside a bin having a roof with a sloped portion.

24.    Each BinTalk Sensor also includes a circuit board communicatively connected to the sensor that receives level signals from the volumetric sensor and processes those signals to generate bin-level data. Each BinTalk Sensor also includes a radio transmitter that transmits the bin-level data.

25.    Each BinTalk Sensor further includes an enclosure for the circuit board that is mounted, configured to be mounted, or intended to be mounted to the sloped portion of the bin roof on the outside surface of the roof, including by an enclosure mounting plate, magnet, base, clip, or equivalent mounting structure that secures the enclosure to the roof.

6

26.     Each BinTalk Sensor also includes a sensor-mounting bracket that mounts the sensor inside the bin.

27.     The bracket includes an upper hanger portion that fits over and fastens to an upright structural element of the roof, namely the collar that surrounds the feed-bin lid opening at the top of the bin, and includes a vertical portion extending downwardly from the hanger to support the sensor inside the bin.

28.     On information and belief, BarnTools requires users to accept BarnTools' Terms and Conditions to gain access to the BarnTools mobile app.

29.     On information and belief, BarnTools requires users to pay an annual subscription fee to sustain prolonged use of the BarnTools mobile app and to use the Accused Systems.

**A.     The BarnTools' BinTalk Accused Product**

30.     Defendant's BinTalk product is a wireless feed-bin monitoring system that Defendant markets and sells as part of its BarnTalk monitoring platform.

31.     **Exhibit 3** is a true and correct copy of the BarnTools' website, accessed at https://barntools.com/bintalk, showing Defendant's BinTalk product and Defendant's statements regarding BinTalk's feed-bin monitoring functionality. Representative images from **Exhibit 3** are shown below.

111999525.6



 



111999525.6

SCALABLE FEED MONITORING

## Feed Solutions that Grow with You

Effortlessly install BinTalk across your sites, bringing instant visibility into feed inventory from every corner of your operation. See why This'll Do Farm trusts BinTalk for their operation.



# How BinTalk Stacks Up

|  | BinTalk |  | Leading Competitor |  |
|---|---|---|---|---|
| No Contract Required | ✓ |  | ✗ |  |
| Frequently Self-Tests | ✓ | Every 2 Mins | ✗ | Every 4 Hours |
| Wiper to Clean Camera | ✓ |  | ✓ |  |
| Solar Powered Sensor | ✓ |  | ✓ |  |
| High-Quality Camera | ✓ | 38,000 Pixels | ✗ | 9,000 Pixels |
| Relocate Sensors for Free | ✓ |  | ✗ | Must Pay Fee |

111999525.6



**CAMERA WIPER**

## Accurate Readings

The camera includes a windshield wiper to keep the lens clean, which runs before each reading.



**5-YEAR BATTERY LIFE**

## Solar Powered

BinTalk's solar-powered sensor allows for wireless monitoring, capable of operating for 2-3 weeks even without sunlight.



**3D TECHNOLOGY**

## Max Precision

Visual data is captured by the 3D camera using over 35K pixels to deliver precise readings, even with feed bridging or dipping.



**BUILT FOR EXTREME CONDITIONS**

## Robust Hardware

BinTalk is IP66 rated and operates in the most extreme outdoor conditions, anywhere between -30°F ~ 122°F.

Screenshots from BarnTools website of BinTalk. *See* **Exhibit 3**.

32.     Defendant describes BinTalk as monitoring "feed bin levels 24/7," providing real-time readings, and wirelessly reporting feed-bin levels through the BarnTalk platform. *See* **Exhibit 3**.

33.     BinTalk includes, at minimum, sensor hardware, wireless transmission functionality, and BarnTools software/cloud functionality for receiving, processing, displaying, and/or transmitting bin-level data.

34.     Defendant posts videos instructing users how to install and use BinTalk Sensors, including the BinTalk product.

35.     **Exhibit 4** consists of screenshots and transcripts from YouTube installation videos posted by Defendant, located at (i) https://www.youtube.com/watch?v=mUs4HVK2XrU (Video 1), (ii) https://www.youtube.com/watch?v=jLvsjScxsJg (Video 2), (iii) https://www.youtube.com/watch?v=hsfsKmHNyPE (Video 3), (iv)

10

https://www.youtube.com/watch?v=qhEKqwXCh9A (Video 4), and (v)

https://www.youtube.com/watch?v=TEiAONW2dCM (Video 5), each accessed on June 30,

2026, and each showing and describing Defendant's installation instructions of the accused

BinTalk Sensors on feed bins, including the BinTalk product, BinTalk Pro – Plastic Hanger, and

BinTalk Pro – Alloy Hanger.

36.    The YouTube Video 1 illustrated by **Exhibit 4** describes and shows the sensor

being positioned at the feed-bin opening and installed at or near the collar/lid-opening area.

Screenshots of the YouTube Video 1 are provided below.



111999525.6







111999525.6

37.    In the YouTube Video 1 illustrated by **Exhibit 4**, BinTalk's representative states:

I'm going to show you how quick and easy it is to install BinTalk on your feed bins. No tools are needed to install BinTalk. It can be done in as little as 10 to 15 minutes. Simply clip the BinTalk sensor to the top of your bin right where the lid hinge is located. Next, connect the wireless transmitter to the top of the bin using its magnetic attachment.  BinTalk's patented clip-on mounting keeps your sensor safe from even the most aggressive feed deliveries. Each wireless transmitter comes with a solar panel and an internal antenna. The solar panel powers the BinTalk sensor and can run for two to three weeks without any sunlight.  BinTalk's built-in windshield wiper cleans the camera lens before each reading. This ensures that your sensor has the most accurate and reliable readings. Each BinTalk sensor can transmit data up to 700 feet away to each Gateway, and each Gateway can handle up to eight feed bin sensors.  Up to every hour the camera takes a picture of the inside of the feed bin and calculates the volume of feed. The data is then sent to the cloud and you can view feed bin levels in real time on the BarnTalk app. You can also receive alarms when your feed bins are running low. For most bin sizes, BinTalk is self-calibrating. The first time the feed bin is empty it will establish the capacity for all future calculations. With BinTalk, monitoring your feed bins has never been easier. Enjoy hassle-free feed monitoring in the palm of your hands.

38.    Another YouTube video identified in **Exhibit 4** and located at

https://www.youtube.com/watch?v=jLvsjScxsJg (Video 2), similarly shows and describes

Defendant's installation instructions of the BinTalk product on a feed bin.

39.    In Video 2, BinTalk's representative states:

Are you tired of climbing feed bins and dealing with feed outages? Well let me introduce you to a smarter solution. BinTalk is a wireless sensor that allows you to monitor feed bin levels right at your fingertips. With BinTalk you can say goodbye to climbing ladders and beating on your bins. Monitoring your feed bins with BinTalk helps you save time, reduce feed outages, and improve your feed inventory management. And the best part is installation is a breeze; simply clip it to the top of your bin and start monitoring. You're probably wondering, how does BinTalk stand up against aggressive feed truck drivers? BinTalk's patented clip-on mounting keeps your sensor safe from even the most aggressive feed deliverers. Its design ensures accurate measurements and

111999525.6

reliable performance no matter the conditions. Stop climbing your bins for good and never run out of feed again.

40.    Another YouTube video identified in **Exhibit 4** and located at

https://www.youtube.com/watch?v=hsfsKmHNyPE (Video 3) shows and describes how to setup

BinTalk Sensors through a BinTalk mobile application.

41.    In the YouTube Video 3 illustrated by **Exhibit 4**, BinTalk's representative states:

> Hey everyone, this is Drew with BarnTools and today I'm going to walk through how to easily enter your feed bin specs in the BarnTalk app.  With this new feature, you'll no longer have to contact our support team to set up your BinTalk Sensors. With just a few clicks you can start monitoring your feed levels in real time. Let's get started. First, open your BarnTalk app; on the home screen, click the Gateway you want to pair your BinTalk Sensor to. Look for the gear icon in the top right corner of your screen and select add sensor from the menu. Now the app will activate your phone's camera to scan the barcode on your sensor. If the barcode is unscannable, you can manually enter the sensor serial number. Next, name the bin you're installing the BinTalk sensor onto. Then you'll select your bin manufacturer from the drop-down menu. There are also more options if you're unsure of your bin manufacturer or if it's not listed. Now, enter the diameter of your bin. For the most accurate measurement, refer to your feed bin manufacturer spec sheet. On the next screen you'll need to input the straight wall height of your bin. You can do this by selecting the number of bin rings or you can make manually measure the straight wall height of your bin in feet and enter that value. Next, confirm the cone angle of your bin. Most feed bins have a cone angle of either 60 or 67°. Click the review and finish button. To see a summary of the details you've entered. This will also show you the estimated feed capacity based on your bin specs. If everything looks good, click save and that's it; you've successfully set up your BinTalk sensor. We've designed this process to be as easy as possible ensuring you get accurate and reliable readings from your bin talk sensors. If you have any questions or need further assistance, our customer success team is always here to help.

42.    Screenshots from the YouTube Video 3 are provided below:

111999525.6







15

111999525.6







16

111999525.6







Screenshots from BarnTools' YouTube Video 3. *See* **Exhibit 4**.

43. **Exhibit 5** is a true and correct copy of Defendant's BinTalk Quick Install Guide. The Quick Install Guide instructs users to attach the magnetic solar panel on the side of the bin with the most sunlight. The photographs also show that the BinTalk Pro solar-panel/enclosure assembly includes a bottom magnet, demonstrating the exterior assembly is magnetically mounted and secured to the sloped portion of the feed-bin roof.

44. As shown in **Exhibit 8**, the BinTalk infringes one or more claims of the '958 Patent.

**B.     The BarnTools' BinTalk Pro – Plastic Hanger Accused Product**

45. The BinTalk Pro – Plastic Hanger product was developed and released after the BinTalk product.

46. The BinTalk Pro – Plastic Hanger product is a feed-bin monitoring product that, on information and belief, includes the same or substantially the same exterior enclosure, sensor

18

111999525.6

electronics, radio/transmitter functionality, and BarnTalk platform functionality used in the BinTalk product, but with a separate hanger/bracket configuration than BinTalk.

47.    **Exhibit 6** is a true and correct copy of BarnTools' "Introducing the NEW BinTalk Pro!" materials, located at https://cdn11.bigcommerce.com/s-44t8fz8vq4/content/pdf/BinTalk%20Pro%20One%20Pager%20-%20Information.pdf, including BarnTools' description of BinTalk Pro as using Direct Time-of-Flight ("dToF") sensor technology and HD Mapping Technology to measure feed-bin levels.

48.    The BinTalk Pro – Plastic Hanger product includes a sensor-mounting structure that positions a volumetric sensor inside the feed bin at or near the lid opening and an exterior enclosure/solar-panel assembly that communicates bin-level data to the BarnTalk platform.

49.    Another YouTube video identified in **Exhibit 4** and located at https://www.youtube.com/watch?v=qhEKqwXCh9A (Video 4) shows and describes Defendant's installation instructions of BinTalk Pro on a feed bin.



**Introducing BinTalk Pro by BarnTools | Smart Event Detection**

19



**Ultra-durable**
**4 cameras**



**Ultra-durable**
**4 cameras**
**2x field of view**
**1M pixel equivalents**

111999525.6



Screenshots from BarnTools' YouTube Video 4. *See* **Exhibit 4**.

50.    In the YouTube video illustrated by Video 4 of **Exhibit 4**, BinTalk's

representative states:

>    Feed is the single largest expense in your operation, making up as
>    much as 70% of total production costs. With margins this tight,
>    precision feed monitoring isn't just a good idea, it's essential.
>    That's why we built BinTalk Pro, BarnTools' feed sensor powered
>    with smart event detection. Using algorithms shaped by deep
>    industry experience, it detects and alerts the right person to the
>    events that matter most. The result, clear visibility into your most
>    expensive input and the ability to act before small issues turn into
>    costly ones. And it's built on an ultra durable and accurate feed
>    sensor with four cameras offering twice the field of view of our
>    leading competitor and an industry best 1 million pixel equivalents,

21

giving you a clearer, more complete picture of what's happening inside every bin. You get faster insights, too, with readings every 15 minutes instead of every 4 hours, catching issues as they happen, not after the fact. But feed is just the beginning. What truly sets BarnTools apart is our ability to look beyond the bin, giving you a full picture of what's happening across your entire operation. From monitoring water levels to temperature to humidity, all the critical elements that keep operations running smoothly and support animal well-being and drive optimal growth and average daily gain. Discover why 7,000 growers across 10,000 sites nationwide trust BarnTools. Track what matters. Act faster. Smart barn monitoring, simplified.

51.     As shown in **Exhibit 9**, the BinTalk Pro – Plastic Hanger infringes one or more claims of the '958 Patent.

### C.     The BinTalk Pro – Alloy Hanger Accused Product

52.     On information and belief, the BinTalk Pro – Alloy Hanger product is BarnTools' current BinTalk Pro product.

53.     The BinTalk Pro – Alloy Hanger product is also a feed-bin monitoring product that, on information and belief, includes the same or substantially the same exterior enclosure, sensor electronics, radio/transmitter functionality, and BarnTalk platform functionality used in the BinTalk Pro – Plastic Hanger product, but with a separate hanger/bracket configuration than BinTalk Pro – Plastic Hanger.

54.     BarnTools' public installation videos and product materials show the BinTalk Pro – Alloy Hanger sensor being installed at the bin collar/lid-opening area, with a hanger/bracket extending downward into the bin and an exterior enclosure/solar-panel assembly mounted on the outside of the bin.

55.     For example, Video 5 of **Exhibit 4** consists of relevant screenshots from BarnTools' YouTube installation video for the BinTalk Pro – Alloy Hanger located at

22

https://www.youtube.com/watch?v=TEiAONW2dCM, showing installation of a BinTalk Pro

product on a feed bin.



111999525.6



# Ultra-durable
# 4 cameras



**Ultra-durable**

**4 cameras**

**2x field of view**

**1M pixel equivalents**

24



Screenshots from BarnTools' BinTalk Pro – Alloy Hanger YouTube Video 5. *See* **Exhibit 4**.

56.    Other than the images showing the BinTalk Pro – Alloy Hanger product, the audio and visuals of Video 5 in **Exhibit 4** are the same as those from Video 4.

57.    Thus, on information and belief, the installation of the BinTalk Pro – Alloy Hanger is identical or substantially identical to the installation of the BinTalk Pro – Plastic Hanger illustrated in BarnTools' BinTalk Pro – Alloy Hanger YouTube installation video. *Compare* **Exhibit 4**, Video 4, *with* **Exhibit 4**, Video 5.

58.    Therefore, and as shown in **Exhibit 10**, the BinTalk Pro – Alloy Hanger infringes one or more claims of the '958 Patent.

59.    **Exhibit 7** is a true and correct copy of photographs taken of BarnTools' BinTalk Pro Quick Instillation Guide, received with a physical sample of the BinTalk Pro - Plastic Hanger. **Exhibit 15** is a true and correct copy of photographs taken of the physical sample of the BinTalk Pro – Plastic Hanger, including the enclosure. The Install Guide illustrated by **Exhibit 7** instructs users to secure the BinTalk Pro – Plastic Hanger sensor to the bin collar and, for the

111999525.6

solar-panel/enclosure assembly, states to clip or secure it on the collar facing the most sunlight. The photographs and product testing also demonstrate that the BinTalk Pro – Plastic Hanger solar-panel/enclosure assembly includes at least one magnet on a mounting plate of the solar-panel/enclosure assembly, thus enabling the exterior assembly to be magnetically secured to the sloped portion of the feed-bin roof.

60.     On information and belief, the exterior enclosure/solar-panel assembly used with the BinTalk Sensors is materially the same or substantially the same across the accused configurations, while the hanger/bracket structures evolved over time. For example, all three versions of the BinTalk Sensors include an enclosure mounting plate on the back of the enclosure/solar-panel that includes at least one magnet for securing the enclosure/solar-panel assembly to the sloped portion of the feed-bin roof.

61.     BarnTools' public materials show a consistent red weather-style housing used with different BinTalk Sensor configurations, which upon information and belief, demonstrates every variation of the enclosure remains materially the same with respect to their features, function, and intended use, including magnetic mounting to the sloped portion of the feed-bin roof.

62.     For example, each variation of the BinTalk Sensor enclosures include magnets in or on the enclosure mounting plate on the back of the enclosure. The magnets in the enclosure mounting plate permit and facilitate installation of the enclosure on the sloped portion of the feed-bin roof on the outside surface of the bin, as demonstrated by the installation shown in BarnTools' public materials and the accused enclosure's continued use of a magnetic base.

111999525.6

63. On information and belief, some BinTalk Sensor enclosures may include a clip attached to the solar-panel/enclosure assembly separate from the enclosure mounting plates (the "clip attachment").

64. This clip attachment is connected to the enclosure by a small tab that is easy to remove or pop off.

65. The enclosures having the clip attachment still include enclosure magnets.

66. As a result, every enclosure of the BinTalk Sensors can be, is configured to be, and is intended to be installed on the sloped portion of the bin roof using the magnets.

67. On information and belief, and as demonstrated by BarnTools' public installation materials and the continued inclusion of one or more magnets in or on the enclosure, BarnTools' installers and/or users of the Accused Systems have been and are instructed, encouraged, shown, or otherwise permitted to install the enclosure on the sloped portion of the bin roof using the magnet. *See, e.g.*, **Exhibits 4-5**.

68. As such, the Accused Systems, both with or without the clip attachment on the enclosures, directly infringe the '958 Patent as they are configured to be, intended to be, and are mounted to the sloped portion of a feed-bin roof. *See, e.g.*, **Exhibits 4-7**, **Exhibits 8-10**.

69. In addition, the Accused Systems infringe under the doctrine of equivalents. The clip attachment performs substantially the same function as the claimed enclosure mounting arrangement, in substantially the same way, to achieve substantially the same result: securing the exterior enclosure/solar-panel assembly to the outside upper portion of the feed bin so the sensor system can collect and transmit bin-level data, positioning the enclosure such that the solar-panel can receive direct sunlight, and enclosing the internal components (e.g., the circuit board and radio transmitter) separate and away from where the feed is supplied into the feed-bin.

111999525.6

70.     Therefore, the Accused Systems infringe, literally and/or under the doctrine of equivalents, one or more claims of the '958 Patent, including at least claims 15-17, because they include, among other things, a volumetric feed-bin level sensor; a circuit board communicatively connected to the sensor for receiving and processing level signals to generate bin-level data; an enclosure for the circuit board; a radio transmitter for transmitting bin-level data; a sensor-mounting bracket with an upper hanger portion that fits over a collar surrounding a feed-bin lid opening; a downwardly extending portion supporting the sensor; and an enclosure mounting structure for securing the enclosure to the outside of the bin roof. *See* **Exhibits 8-10**.

**DEFENDANT'S PATENT FILINGS AND KNOWLEDGE OF THE '958 PATENT**

71.     BarnTools' own patent filings evidence BarnTools' knowledge of BinSentry's patented technology. U.S. Patent Application Publication No. 2024/0245000 A1, entitled "Sensor, Sensor Housing, and Attachment for Monitoring Bin Product Level," was filed on January 23, 2024 and published on July 25, 2024. That application corresponds to U.S. Patent No. 12,635,605 (the "'605 Patent"), which issued on May 26, 2026. *See* **Exhibit 11**. (US2024/0245000 A1 at cover; U.S. Patent No. 12,635,605 at cover).

72.     The '605 Patent expressly identifies and discusses U.S. Patent Application Publication No. 2022/0026258 A1 (the "'258 publication"), the published application that later issued as the '958 Patent. The '605 Patent states that the '258 publication includes a sensor mounted to a bin and criticizes the BinSentry bracket as "less than ideal." *See* **Exhibit 11** at 1:63-2:8; *see also id*. References Cited (identifying US2022/0026258 A1 to BinSentry Inc.).

73.     BarnTools' express citation to, and discussion of, BinSentry's published patent application demonstrates BarnTools' knowledge of BinSentry's patent rights and patented technology.

28

111999525.6

74.     On information and belief, BarnTools knew of, monitored, or was willfully blind to the '958 Patent after it issued, including knowledge of the issued claims and their elements.

75.     The '605 Patent's identification of the '258 publication demonstrates BarnTools' pre-suit knowledge of BinSentry's patent rights.

76.     Despite BarnTools' knowledge of the '958 Patent, BarnTools continued and continues to infringe, literally or under the doctrine of equivalents, and directly or indirectly, the claims of the '958 Patent. Therefore, BarnTools' infringement of the '958 Patent by the Accused Systems was and continues to be willful.

### BARNTOOLS' TERMS OF USE AND PRIVACY POLICY

77.     BarnTools' Terms of Use define the BarnTools "Services" broadly to include the BarnTools website, application, application programming interface, BarnTalk remote monitoring system and software service, and "all hardware and Order Form deliverables" associated with those items. **Exhibit 12** (BarnTools Terms of Use § 3(e) at 2). The Terms further state that BarnTools provides or facilitates the passwords and network links or connections necessary for customers to access the Services. *Id*. § 4(a) at 3.

78.     BarnTools' Privacy Policy states that BarnTools collects information about its customer's operations, including feed usage, and information collected automatically through BarnTools, and uses information to operate, deliver, and improve the BarnTools platform, provide notifications, troubleshoot technical problems, analyze user behavior, prepare aggregated reports, provide recommendations, and share/sell certain aggregated/de-identified data and non-aggregated Customer data to Customer integrators. **Exhibit 13** (BarnTools Privacy Policy §§ 1-3 at 2-5). The Privacy Policy also identifies Microsoft Azure as BarnTools' cloud storage provider. *Id*. § 3 at 5.

111999525.6

79.     BarnTools requires users to accept BarnTools' Terms and Conditions and pay an annual subscription fee to use the Accused Systems.

80.     BarnTools directs and controls key portions of the Accused Systems. The Terms further state that BarnTalk hardware warranty coverage remains in effect only so long as the hardware is registered to an active monthly subscription for BarnTalk software services. **Exhibit 12** (BarnTools Terms of Use § 9 at 8-9).

81.     BarnTools directs and controls the functionality of the sensor(s) and related components of the Accused Systems. Specifically, BarnTools disables certain functionalities and/or components of the Accused Systems when a customer does not pay for the annual subscription to the BarnTalk mobile application.

### DEFENDANT COPIED BINSENTRY'S PATENTED PRODUCT

82.     On information and belief, including at least based on BarnTools' product evolution, BarnTools copied BinSentry's patented technology and commercial product.

83.     While still infringing (as illustrated in **Exhibits 8-9**), BarnTools' first two versions of the BinTalk Sensors (including BinTalk and BinTalk Pro – Plastic Hanger) had a slightly different overall appearance to BinSentry's patented design and commercial product than BarnTools' current configuration.

84.     However, Defendant's latest BinTalk Pro – Alloy Hanger configuration, which also infringes (as illustrated in **Exhibit 10**) closely tracks BinSentry's patented architecture and appearance.

85.     A side-by-side comparison of FIG. 1 of the '958 Patent and the BinTalk Pro – Alloy Hanger product are provided below.

111999525.6



| *See* **Exhibit 1**, FIG. 1 (rotated). | *See* **Exhibit 14**. |

86.    On information and belief, the copying illustrated above further demonstrates BarnTools' willful infringement of the '958 Patent.

**COUNT I – INFRINGEMENT OF U.S. PATENT NO. 12,359,958**

87.    BinSentry incorporates by reference all preceding paragraphs as though fully set forth herein.

88.    United States Patent No. 12,359,958 entitled "Bin Level Monitoring System," issued on July 15, 2025, and named Randall Schwartzentruber as inventor. **Exhibit 1**.

89.    BinSentry is the owner of the '958 Patent and possesses all rights of recovery under the '958 Patent, including the exclusive right to sue and recover for all past, current, and future infringement, and obtain injunctive relief.

90.    The '958 Patent is valid, enforceable, and its claims are directed to patent eligible subject matter.

91.    BarnTools has infringed and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '958 Patent, including at least claims 15-17, by making, using, selling, offering to sell, and/or importing into the United States the Accused

31

Systems and associated hardware, software, cloud, server, application, and data-processing functionality, in violation of 35 U.S.C. § 271(a), as illustrated in the accompanying claim charts. *See* **Exhibits 8-10**.

92. BarnTools directly and literally infringes at least claims 15-17 because the BinTalk Sensors and Accused Systems include, among other things, a volumetric feed-bin level sensor, associated electronics/circuit board, wireless transmission functionality, a bracket/hanger structure configured to position the sensor inside a feed bin at or near the bin lid opening/collar, and an exterior enclosure/solar-panel/transmitter assembly that is mounted or capable of being mounted on the outside of the feed-bin roof. The enclosure is installed on the sloped portion of the roof using its bottom magnet, including as shown or encouraged in installation materials and/or actual installation practice.

93. In addition, BarnTools infringes under the doctrine of equivalents because Accused Systems having the clip attachment performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed enclosure mounting arrangement.

94. Therefore, each limitation of the asserted claims is present literally or under the doctrine of equivalents.

95. BarnTools also directly infringes by using the Accused Systems in the United States, including by testing, demonstrating, configuring, provisioning, supporting, monitoring, operating, and/or otherwise putting the Accused Systems into service.

96. BarnTools has induced and continues to induce infringement of one or more claims of the '958 Patent, including at least claims 15-17, in violation of 35 U.S.C. § 271(b). BarnTools knowingly and intentionally encourages, instructs, directs, and/or aids customers,

111999525.6

growers, dealers, distributors, installers, and/or end users to use the BinTalk Sensors and Accused Systems in an infringing manner, including through product instructions, installation guides, videos, marketing materials, customer support, onboarding, software/app setup, account provisioning, cloud/server access, and other technical and commercial support.

97.    BarnTools has had knowledge of the '958 Patent and/or the application that issued as the '958 Patent at least as early as the prosecution of BarnTools' own patent application that matured into U.S. Patent No. 12,635,605, during which the USPTO cited the application that matured into the '958 Patent and issued rejections based on the Schwartzentruber/BinSentry disclosure. BarnTools' knowledge is further supported by BarnTools' responses to those rejections and efforts to distinguish its own claimed technology from BinSentry's disclosure. At least as of that time, and certainly no later than service of this Complaint, BarnTools knew of the '958 Patent, knew or was willfully blind to the fact that its conduct and its customers' use of the Accused Systems infringed the '958 Patent, and nevertheless specifically intended that customers, growers, dealers, distributors, installers, and/or end users use the Accused Systems in an infringing manner.

98.    BarnTools has also contributorily infringed and continues to contributorily infringe one or more claims of the '958 Patent, including at least claims 15-17, in violation of 35 U.S.C. § 271(c). BarnTools sells, offers to sell, and/or imports components, devices, software, and/or system elements that constitute material parts of the inventions claimed in the '958 Patent, including at least the BinTalk Sensors and associated hardware, software, application, cloud, server, and/or data-processing components. These components are especially made or especially adapted for use in infringing the '958 Patent and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

111999525.6

99.     BarnTools has further infringed and continues to infringe one or more claims of the '958 Patent under 35 U.S.C. § 271(f). On information and belief, BarnTools supplies and/or causes to be supplied in or from the United States all or a substantial portion of the components of the patented invention, including components of the BinTalk Sensors and Accused Systems, in such manner as to actively induce the combination of those components outside the United States in a manner that would infringe the '958 Patent if such combination occurred within the United States. On information and belief, BarnTools also supplies and/or causes to be supplied in or from the United States components of the patented invention that are especially made or especially adapted for use in the invention, are not staple articles or commodities of commerce suitable for substantial non-infringing use, and are intended to be combined outside the United States in a manner that would infringe the '958 Patent if such combination occurred within the United States.

100.    BarnTools' infringement under § 271(f) is supported, at least in part, by BarnTools' marketing, sale, distribution, and/or support of Accused Systems through dealers and/or distribution channels outside the United States, including foreign dealers identified by BarnTools.

101.    BarnTools' acts of infringement have been and continue to be willful. BarnTools knew of BinSentry's patented technology, including through the prosecution of BarnTools' own patent application and the USPTO's citation to the application that issued as the '958 Patent, and nevertheless continued to make, use, sell, offer to sell, import, supply, distribute, instruct, support, and/or encourage use of the Accused Systems

111999525.6

102.    BarnTools' infringement has caused and will continue to cause BinSentry damages in an amount to be proven at trial, including at least lost profits and/or a reasonable royalty, together with pre-judgment and post-judgment interest and costs.

103.    BarnTools' infringement has also caused and will continue to cause BinSentry irreparable harm, including loss of market share, loss of customer relationships, price erosion, harm to goodwill, and competitive injury in a market where BinSentry and BarnTools directly compete. BinSentry has no adequate remedy at law for this ongoing harm.

104.    Unless enjoined, BarnTools will continue to infringe the '958 Patent and cause irreparable harm to BinSentry. BinSentry is therefore entitled to injunctive relief under 35 U.S.C. § 283, damages under 35 U.S.C. § 284, enhanced damages for willful infringement, attorneys' fees under 35 U.S.C. § 285, and all other relief the Court deems just and proper.

## **PRAYER FOR RELIEF**

105.    **WHEREFORE**, Plaintiff BinSentry Inc. respectfully requests that this Court enter judgment in BinSentry's favor and against Defendant BarnTools, LLC, and grant the following relief:

A.    judgment that BarnTools has directly infringed one or more claims of the '958 Patent under 35 U.S.C. § 271(a);

B.    judgment that BarnTools has actively induced infringement of one or more claims of the '958 Patent under 35 U.S.C. § 271(b);

C.    judgment that BarnTools has contributorily infringed one or more claims of the '958 Patent under 35 U.S.C. § 271(c);

D.    judgment that BarnTools has infringed one or more claims of the '958 Patent under 35 U.S.C. § 271(f);

E.    judgment that Barn Tools' infringement has been willful and deliberate;

F.    an award of damages adequate to compensate BinSentry for Barn Tools' infringement, in no event less than a reasonable royalty for the use made of the

35

111999525.6

inventions claimed in the '958 Patent, together with pre-judgment and post-judgment interest and costs, pursuant to 35 U.S.C. § 284;

G.      an award of enhanced damages up to three times the actual damages found, pursuant to 35 U.S.C. § 284, based on BarnTools' willful infringement;

H.      a finding that this case is exceptional and an award of BinSentry's reasonable attorneys' fees, pursuant to 35 U.S.C. § 285;

I.      a permanent injunction pursuant to 35 U.S.C. § 283, enjoining BarnTools and its officers, directors, agents, servants, employees, affiliates, subsidiaries, assigns, and all persons in active concert or participation with any of the foregoing from further infringement of the '958 Patent, including from making, using, selling, offering for sale, or importing the Accused Systems or any product not colorably different therefrom; and

J.      such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), BinSentry hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: July 2, 2026

**Sease & Wadding**

**By:** _____

Matthew G. Sease AT0010484
104 SW 4th St. Suite A
Des Moines, IA 50309
Ph: (515) 883-2222
Email: msease@seasewadding.com
*Attorneys for Plaintiff BinSentry Inc.*

36

111999525.6