# EXHIBIT 8

**<u>Exhibit 8 – Infringement Claim Chart – BarnTools BinTalk</u>**

**U.S. Patent No. 12,359,958 – Claims 15-17**

| Claim Element | Evidence for BinTalk Product |
|---|---|
| 15[PRE]: A bin level monitoring system comprising: | The BinTalk is a bin level monitoring system.<br><br><br><br>*See* Exhibit 3. |

1

| Claim Element | Evidence for BinTalk Product |
|---|---|
| 15[A]: a sensor for sensing a bin level inside a bin having a roof including a sloped portion, wherein the sensor is a volumetric level sensor; | The BinTalk includes a sensor for sensing a bin level inside a bin having a roof including a sloped portion. The sensor of the BinTalk is a volumetric level sensor.<br><br><br><br>*See* Exhibit 3.<br><br>• BarnTools depicts the unit installed at the top opening area of a feed bin. BarnTools' public pages repeatedly depict and discuss top-of-bin installation on conventional feed bins with conical roofs. *See* Exhibit 4. For example, the screenshots provided below illustrate the BinTalk secured to a bin having a roof including a sloped portion.<br><br><br><br>*See* Exhibit 4. |

112033242.2

| Claim Element | Evidence for BinTalk Product |
|---|---|
| 15[B]: a circuit board communicatively connected to the sensor for receiving a level signal from the sensor and for processing the level signal to generate bin level data; | The BinTalk includes a circuit board communicatively connected to the sensor for receiving a level signal from the sensor and for processing the level signal to generate bin level data. *See* Exhibit 3. <ul><li>BarnTools states that BinTalk takes bin level readings, measures by volume, and provides feed-inventory readings in the app / portal, which demonstrates that the circuit board receives a level signal from the sensor and process it into bin level data. *See* Exhibit 3.</li></ul> |

3

| Claim Element | Evidence for BinTalk Product |
|---|---|
| 15[C]: an enclosure for enclosing the circuit board, wherein the enclosure is mounted to the sloped portion of the roof on an outside surface of the roof; | The BinTalk includes an enclosure for enclosing the circuit board. As shown below, the enclosure is mounted to the sloped portion of the roof on an outside surface of the roof.<br><br><br><br><br>*See* Exhibit 3, Exhibit 4.<br><br>• BarnTools provides a circuit board inside a weather-style enclosure. *See* Exhibit 3.<br>• BarnTools YouTube Video 1 shows the enclosure mounted to the sloped portion of the roof of the bin on an outside surface using magnetic attachment. *See* Exhibit 4. |

4

112033242.2

| Claim Element | Evidence for BinTalk Product |
|---|---|
| 15[D]: a radio transmitter for transmitting the bin level data; and | The BinTalk includes a radio transmitter for transmitting the bin level data.<br><br>**5-YEAR BATTERY LIFE**<br>**Solar Powered**<br><br>BinTalk's solar-powered sensor allows for wireless monitoring, capable of operating for 2-3 weeks even without sunlight.<br><br>• BarnTools states that BinTalk provides for wireless monitoring. Exhibit 3.<br>• The BinTalk connects with BarnTools Gateway. The Gateway uses a LoRa sensor communication and cellular uplink, demonstrating a radio-transmission architecture. Exhibit 2. |
| 15[E]: a sensor-mounting bracket for mounting the sensor inside the bin, the bracket including: | The BinTalk includes a sensor mounting bracket for mounting the sensor inside the bin.<br><br>Sensor-mounting bracket<br><br>Sensor mounted inside the bin<br><br>*See* Exhibit 3; *see also* Exhibit 4. |

5

| Claim Element | Evidence for BinTalk Product |
|---|---|
| 15[F]: an upper hanger portion that fits over an upright structural element of the roof, wherein the upright structural element is a collar that surrounds a feed bin lid opening at a top of the bin, the hanger portion fastening the hanger to the upright structural element; | The sensor mounting bracket of the BinTalk includes an upper hanger portion that fits over an upright structural element of the roof. The upright structural element is a collar that surrounds a feed bin lid opening at a top of the bin. The hanger portion fastens the hanger to the upright structural element.   *See* Exhibit 3, Exhibit 4. |

112033242.2

| Claim Element | Evidence for BinTalk Product |
|---|---|
| 15[G]: a vertical portion extending downwardly from the hanger for supporting the sensor; | The sensor mounting bracket of the BinTalk includes a vertical portion extending downwardly from the hanger for supporting the sensor.<br><br><br><br>*See* Exhibit 3. |
| 15[H]: wherein the enclosure comprises an enclosure mounting plate for securing the enclosure to the sloped portion of the roof of the bin. | The enclosure of the BinTalk includes an enclosure mounting plate for securing the enclosure to the sloped portion of the roof of the bin.<br><br><br><br>*See* Exhibit 4. |

7

| Claim Element | Evidence for BinTalk Product |
| --- | --- |
| 16: The bin level monitoring system of claim 15 wherein the sensor is a LIDAR sensor or a time-of-flight (ToF) machine vision sensor. | The sensor of the BinTalk is a "3D camera", which upon information and belief is at least a time-of-flight (ToF) machine vision sensor.<br><br><br><br>3D Camera (time-of-flight sensor)<br><br>*See* Exhibit 3. |
| 17: The bin level monitoring system of claim 15 further comprising a server for receiving the bin level data. | The BinTalk includes a server (the BarnTalk Gateway) for receiving the bin level data.<br><br><br><br>*See* Exhibit 2.<br><br>• BarnTools states that BinTalk wirelessly pairs with the BarnTalk Gateway, to monitor feed levels in real time, thus receiving the bin level data from the BinTalk. *See* Exhibit 2. |

8

112033242.2