# EXHIBIT 9

**<u>Exhibit 9 – Infringement Claim Chart – BarnTools BinTalk Pro (Plastic Hanger Version)</u>**

**U.S. Patent No. 12,359,958 – Claims 15-17**

| Claim Element | Evidence for BinTalk Pro – Plastic Hanger Version (herein "BinTalk Pro PHV") |
|---|---|
| 15[PRE]: A bin level monitoring system comprising: | The BinTalk Pro PHV is a bin level monitoring system. <br><br> <br><br> Introducing BinTalk Pro by BarnTools \| Smart Event Detection <br><br> *See* Exhibit 4. |

112033237.2

| Claim Element | Evidence for BinTalk Pro – Plastic Hanger Version (herein "BinTalk Pro PHV") |
|---|---|
| 15[A]: a sensor for sensing a bin level inside a bin having a roof including a sloped portion, wherein the sensor is a volumetric level sensor; | The BinTalk Pro PHV includes a sensor for sensing a bin level inside a bin having a roof including a sloped portion. The sensor of the BinTalk Pro PHV is a volumetric level sensor.<br><br><br><br>*See* Exhibit 4.<br><br>• BinTalk Pro PHV uses 4-camera direct time-of-flight (dToF) technology. Exhibit 6.<br><br>• BarnTools depicts the unit installed at the top opening area of a feed bin. BarnTools' public pages repeatedly depict and discuss top-of-bin installation on conventional feed bins with conical roofs. Exhibit 4. For example, the screenshots provided below illustrate the BinTalk Pro PHV secured to a bin having a roof including a sloped portion.<br><br><br><br>*See* Exhibit 4. |

2

112033237.2

| Claim Element | Evidence for BinTalk Pro – Plastic Hanger Version (herein "BinTalk Pro PHV") |
|---|---|
| 15[B]: a circuit board communicatively connected to the sensor for receiving a level signal from the sensor and for processing the level signal to generate bin level data; | The BinTalk Pro PHV includes a circuit board communicatively connected to the sensor for receiving a level signal from the sensor and for processing the level signal to generate bin level data.<br><br><br><br><br><br>*See* Exhibit 6, Exhibit 15.<br><br>• BarnTools states that BinTalk Pro PHV takes readings every 15 minutes, measures by volume, and provides feed-inventory readings in the app / portal, which demonstrates that the circuit board receives a level signal from the sensor and process it into bin level data. *See* Exhibit 4, Exhibit 6. |

3

112033237.2

| Claim Element | Evidence for BinTalk Pro – Plastic Hanger Version (herein "BinTalk Pro PHV") |
|---|---|
| 15[C]: an enclosure for enclosing the circuit board, wherein the enclosure is mounted to the sloped portion of the roof on an outside surface of the roof; | The BinTalk Pro PHV includes an enclosure for enclosing the circuit board. As shown below, the enclosure is mounted to the sloped portion [C]f the roof on an outside surface of the roof.   *See* Exhibit 4, Exhibit 15. <ul><li>BarnTools provides a circuit board inside a weather-style enclosure. Exhibit 4, 6.</li><li>BarnTools YouTube Video 4 shows the enclosure mounted to the sloped portion of the roof of the bin on an outside surface using magnetic attachment. Exhibit 4.</li><li>At least some contemporary versions of the BarnTools BinTalk Pro PHV include a clip attached to the back of the enclosure (shown in the photograph above). Exhibit 15. However, while the product itself includes a clip, the attachment mechanism of clip to the enclosure is a plastic rivet that is easily popped out. Thus, upon information and belief, and as supported by BarnTools' marketing videos (shown above), this clip attachment is configured to be, can be and ultimately is removed during installation of the enclosure by a BarnTools' employee or installer such that the enclosure mounting plate on the back of the enclosure having magnets is secured and mounted to the sloped portion of the roof on the outside. *See* Exhibit 4.</li></ul> |

| Claim Element | Evidence for BinTalk Pro – Plastic Hanger Version (herein "BinTalk Pro PHV") |
|---|---|
| 15[D]: a radio transmitter for transmitting the bin level data; and | The BinTalk Pro PHV includes a radio transmitter for transmitting the bin level data.<br><br><br><br>*See* Exhibit 15.<br><br>•   BarnTools states that BinTalk Pro PHV connects wirelessly to the BarnTalk Gateway. Exhibit 6.<br><br>•   Gateway technical specifications identify LoRa sensor communication and cellular uplink, demonstrating a radio-transmission architecture. Exhibit 2. |

112033237.2

| Claim Element | Evidence for BinTalk Pro – Plastic Hanger Version (herein "BinTalk Pro PHV") |
|---|---|
| 15[E]: a sensor-mounting bracket for mounting the sensor inside the bin, the bracket including: | The BinTalk Pro PHV includes a sensor mounting bracket for mounting the sensor inside the bin.<br><br><br><br>*See* Exhibit 4, Exhibit 7.<br><br>• BarnTools' installation materials and product videos show that the device includes a dedicated mounting structure that positions the sensing head beneath the collar / lid-opening area and into the bin opening. Exhibit 4.<br><br>• BarnTools instructs users to install secure the sensor inside the bin using the sensor-mounting bracket. Exhibit 7. |

6

| Claim Element | Evidence for BinTalk Pro – Plastic Hanger Version (herein "BinTalk Pro PHV") |
|---|---|
| 15[F]: an upper hanger portion that fits over an upright structural element of the roof, wherein the upright structural element is a collar that surrounds a feed bin lid opening at a top of the bin, the hanger portion fastening the hanger to the upright structural element; | The sensor mounting bracket of the BinTalk Pro PHV includes an upper hanger portion that fits over an upright structural element of the roof. The upright structural element is a collar that surrounds a feed bin lid opening at a top of the bin. The hanger portion fastens the hanger to the upright structural element.   *See* Exhibit 4, Exhibit 7. <br><br> • BarnTools' installation guide tells users to fasten the sensor mounting bracket near the lid hinges and secure it, placing the upper hanger portion at the feed bin lid opening at the top of the bin. Exhibit 7. <br><br> • BarnTools' videos show the upper hanger portion fitting over the upright structural element the bin, the upright structural element of the bin being the collar that surrounds the feed bin lid opening at a top of the bin. Exhibit 4. |

112033237.2

| Claim Element | Evidence for BinTalk Pro – Plastic Hanger Version (herein "BinTalk Pro PHV") |
|---|---|
| 15[G]: a vertical portion extending downwardly from the hanger for supporting the sensor; | The sensor mounting bracket of the BinTalk Pro PHV includes at least one vertical portion extending downwardly from the hanger for supporting the sensor.<br><br><br><br>*See* Exhibit 4.<br><br>• The hanger geometry includes at least one vertical portion extending downwardly from the upper hanger portion that is for supporting the sensor. Specifically, the weight of the sensor is supported by the vertical portion extending downwardly from the hanger. Exhibit 4. |
| 15[H]: wherein the enclosure comprises an enclosure mounting plate for securing the enclosure to the sloped portion of the roof of the bin. | The enclosure of the BinTalk Pro PHV includes an enclosure mounting plate for securing the enclosure to the sloped portion of the roof of the bin.<br><br>*See* Exhibit 4. |

8

112033237.2

| Claim Element | Evidence for BinTalk Pro – Plastic Hanger Version (herein "BinTalk Pro PHV") |
|---|---|
| 16: The bin level monitoring system of claim 15 wherein the sensor is a LIDAR sensor or a time-of-flight (ToF) machine vision sensor. | The sensor of the BinTalk Pro PHV is at least a time-of-flight (ToF) machine vision sensor.<br><br><br><br>*See* Exhibit 4.<br><br>• BinTalk Pro PHV uses 4-camera direct time-of-flight (dToF) technology. Exhibit 6. |
| 17: The bin level monitoring system of claim 15 further comprising a server for receiving the bin level data. | The BinTalk Pro PHV includes a server (the BarnTalk Gateway) for receiving the bin level data.<br><br><br><br>*See* Exhibit 2.<br><br>• BarnTools states that BinTalk Pro PHV connects wirelessly to the BarnTalk Gateway, thus receives the bin level data from the BinTalk Pro PHV. *See* Exhibit 2. |

9

112033237.2