# EXHIBIT 10

**Exhibit 10 – Infringement Claim Chart – BarnTools BinTalk Pro (Alloy Hanger Version)**

**U.S. Patent No. 12,359,958 – Claims 15-17**

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 15[PRE]: A bin level monitoring system comprising: | The BinTalk Pro AHV is a bin level monitoring system.<br><br><br><br>*See* Exhibit 14.<br><br>• BarnTools markets the BinTalk Pro AHV product as a wireless feed-bin sensor within the BarnTalk alarm/monitoring platform. *Id.* |

1

112033238.2

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 15[A]: a sensor for sensing a bin level inside a bin having a roof including a sloped portion, wherein the sensor is a volumetric level sensor; | The BinTalk Pro AHV includes a sensor for sensing a bin level inside a bin having a roof including a sloped portion. The sensor of the BinTalk Pro AHV is a volumetric level sensor.  *See* Exhibit 14. <ul><li>BinTalk Pro AHV uses 4-camera technology, which upon information and belief is direct time-of-flight (dToF). *Id.*</li><li>BarnTools depicts the unit installed at the top opening area of a feed bin. BarnTools' public pages repeatedly depict and discuss top-of-bin installation on conventional feed bins with conical roofs. Exhibit 4. For example, the screenshots provided below illustrate the BinTalk Pro PHV secured to a bin having a roof including a sloped portion. *Id.* While the plastic version is shown in the below video, the video is marketing the Alloy Hanger version, and thus upon information and belief, is equivalent for purposes of this limitation. *Id.*</li></ul>  *See* Exhibit 4. |

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 15[B]: a circuit board communicatively connected to the sensor for receiving a level signal from the sensor and for processing the level signal to generate bin level data; | The BinTalk Pro AHV includes a circuit board communicatively connected to the sensor for receiving a level signal from the sensor and for processing the level signal to generate bin level data.<br><br><br><br>*See* Exhibit 14, Exhibit 15.<br><br>• BarnTools states that BinTalk Pro AHV takes readings every 15 minutes, measures by volume, and provides feed-inventory readings in the app / portal, which demonstrates that the circuit board receives a level signal from the sensor and process it into bin level data. Exhibit 14.<br><br>• The enclosure and circuit board for the BinTalk Pro PHV (illustrated above, *see* Exhibit 15) appears identical to that shown on the BinTalk Pro AHV product page, and thus upon information and belief, is equivalent to the BinTalk Pro AHV for purposes of this limitation. *See* Exhibit 4; *compare* Exhibit, 14, 15 *with* Exhibit 6. |

3

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 15[C]: an enclosure for enclosing the circuit board, wherein the enclosure is mounted to the sloped portion of the roof on an outside surface of the roof; | The BinTalk Pro AHV includes an enclosure for enclosing the circuit board. As shown below, the enclosure is mounted to the sloped portion of the roof on an outside surface of the roof.<br><br> <br><br>*See* Exhibit 4, Exhibit 15.<br><br>• BarnTools provides a circuit board inside a weather-style enclosure. Exhibit 4, Exhibit 14.<br><br>• BarnTools YouTube Video 5 shows the enclosure mounted to the sloped portion of the roof of the bin on an outside surface using magnetic attachment. Exhibit 4.<br><br>• Upon information and belief, one or more contemporary versions of the BarnTools BinTalk Pro AHV may include a clip attached to the back of the enclosure (shown in the photograph above). Exhibit 15. However, while the product itself includes a clip, the attachment mechanism of clip to the enclosure is a plastic rivet that is easily popped out. Thus, upon information and belief, and as supported by BarnTools' marketing videos (shown above), this clip attachment is configured to be, can be and ultimately is removed during installation of the enclosure by a BarnTools' employee or installer such that the enclosure mounting plate on the back of the enclosure having magnets is secured and mounted to the sloped portion of the roof on the outside. *See* Exhibit 4.<br><br>• The enclosure and circuit board for the BinTalk Pro PHV (illustrated above, *see* Exhibit 15) appears identical to that shown on the BinTalk Pro AHV product page, and thus upon information and belief, is equivalent to the BinTalk Pro AHV for purposes of this limitation. *See* Exhibit 4; *compare* Exhibit, 14, 15 *with* Exhibit 6. |

4

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 15[D]: a radio transmitter for transmitting the bin level data; and | The BinTalk Pro AHV includes a radio transmitter for transmitting the bin level data.<br><br><br><br>• BarnTools states that BinTalk Pro AHV connects wirelessly to the BarnTalk Gateway. Exhibit 15.<br><br>• Gateway technical specifications identify LoRa sensor communication and cellular uplink, demonstrating a radio-transmission architecture. Exhibit 2.<br><br>• The enclosure and circuit board for the BinTalk Pro PHV (illustrated above, *see* Exhibit 15) appears identical to that shown on the BinTalk Pro AHV product page, and thus upon information and belief, is equivalent to the BinTalk Pro AHV for purposes of this limitation. *See* Exhibit 4; *compare* Exhibit, 14, 15 *with* Exhibit 6. |

5

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 15[E]: a sensor-mounting bracket for mounting the sensor inside the bin, the bracket including: | The BinTalk Pro AHV includes a sensor mounting bracket for mounting the sensor inside the bin. *See* Exhibit 4; Exhibit 14. <ul><li>BarnTools' installation materials and product videos show that the device includes a dedicated mounting structure that positions the sensing head beneath the collar / lid-opening area and into the bin opening. Exhibit 4.</li><li>While the BinTalk Pro PHV is shown above (*see* Exhibit 4), the bracket for the BinTalk Pro AHV provides the same function, and thus upon information and belief, is equivalent to the BinTalk Pro PHV for purposes of this limitation. *See* Exhibit 4.</li></ul> |

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 15[F]: an upper hanger portion that fits over an upright structural element of the roof, wherein the upright structural element is a collar that surrounds a feed bin lid opening at a top of the bin, the hanger portion fastening the hanger to the upright structural element; | The sensor mounting bracket of the BinTalk Pro AHV includes an upper hanger portion that fits over an upright structural element of the roof. The upright structural element is a collar that surrounds a feed bin lid opening at a top of the bin. The hanger portion fastens the hanger to the upright structural element.<br><br><br><br>*See* Exhibit 4, Exhibit 14.<br><br>• While the BinTalk Pro PHV is shown above (*see* Exhibit 4), the bracket for the BinTalk Pro AHV provides the same function, and thus upon information and belief, is equivalent to the BinTalk Pro PHV for purposes of this limitation. *See* Exhibit 4. |

7

112033238.2

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 15[G]: a vertical portion extending downwardly from the hanger for supporting the sensor; | The sensor mounting bracket of the BinTalk Pro AHV includes a vertical portion extending downwardly from the hanger for supporting the sensor.<br><br><br><br>*See* Exhibit 14. |

112033238.2

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 15[H]: wherein the enclosure comprises an enclosure mounting plate for securing the enclosure to the sloped portion of the roof of the bin. | The enclosure of the BinTalk Pro AHV includes an enclosure mounting plate for securing the enclosure to the sloped portion of the roof of the bin.  *See* Exhibit 4. <br><br> •    BarnTools depicts the enclosure having an enclosure mounting plate securing the enclosure to the sloped portion of the roof. BarnTools' public pages repeatedly depict and discuss top-of-bin installation on conventional feed bins with conical roofs. Exhibit 4. Thus, while the screenshot provided above illustrates the BinTalk Pro PHV secured to a bin having a roof including a sloped portion, the video is marketing the Alloy Hanger version, and thus upon information and belief, is secured in the same manner and thus equivalent for purposes of this limitation. *Id.* |

112033238.2

| Claim Element | Evidence for BinTalk Pro Alloy Hanger Version (herein "BinTalk Pro AHV") |
|---|---|
| 16: The bin level monitoring system of claim 15 wherein the sensor is a LIDAR sensor or a time-of-flight (ToF) machine vision sensor. | The sensor of the BinTalk Pro AHV is at least a time-of-flight (ToF) machine vision sensor.<br><br><br><br>*See* Exhibit 4. |
| 17: The bin level monitoring system of claim 15 further comprising a server for receiving the bin level data. | The BinTalk Pro AHV includes a server (the BarnTalk Gateway) for receiving the bin level data.<br><br><br><br>*See* Exhibit 2.<br><br>• BarnTools states that BinTalk Pro AHV connects wirelessly to the BarnTalk Gateway, thus receives the bin level data from the BinTalk Pro PHV. *See* Exhibit 14. |

10